BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARANJIT KAUR, and<br>BALJIT SINGH,<br><br>Defendants. | 1:12-CR-00169-LJO-SKO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT SHARANJIT KAUR** |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to bank account information, personal identifiers and other personal information of victims-customers and the defendants ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1   The parties agree that entry of a stipulated protective order is
2   appropriate.
3   THEREFORE, Defendant Sharanjit Kaur, by and through counsel of
4   record ("Defense Counsel"), and the United States of America, by and
5   through Assistant United States Attorney Grant B. Rabenn, hereby agree
6   and stipulate as follows:
7   1.   This Court may enter a protective order pursuant to Rule 16(d)
8   of the Federal Rules of Criminal Procedure, and its general supervisory
9   authority.
10  2.   This Order pertains to all discovery provided to or made
11  available to Defense Counsel as part of discovery in this case
12  (hereafter, collectively known as "the discovery").
13  3.   By signing this Stipulation and Protective Order, Defense
14  Counsel agrees not to share any documents that contain Protected
15  Information with anyone other than Defense Counsel attorneys, designated
16  defense investigators, and support staff.  Defense Counsel may permit
17  Defendant to view unredacted documents in the presence of his attorney,
18  defense investigators, and support staff.  The parties agree that
19  Defense Counsel, defense investigators, and support staff shall not
20  allow Defendant to copy Protected Information contained in the
21  discovery.  The parties agree that Defense Counsel, defense
22  investigators, and support staff may provide Defendant with copies of
23  documents from which Protected Information has been redacted.
24  4.   The discovery and information therein may be used only in
25  connection with the litigation of this case and for no other purpose.
26  The discovery is now and will forever remain the property of the United
27  States of America ("Government").  Defense Counsel will return the
28  discovery to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked. Defense Counsel agrees to return the discovery to the Government in its complete form if the terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: July 9, 2012                       BENJAMIN B. WAGNER
                                          United States Attorney


                             By:          /s/Grant B. Rabenn
                                          GRANT B. RABENN
                                          Assistant U.S. Attorney


DATED: July 9, 2012          By:          /s/ Mario DiSalvo
                                          MARIO DISALVO
                                          Attorney for Defendant
                                          Sharanjit Kaur

IT IS SO ORDERED.

**Dated:   July 9, 2012**                 /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE