1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:12-CR-00169-LJO-SKO

12                 Plaintiff,             APPLICATION AND ORDER REGARDING
                                          FINANCIAL DISCLOSURES
13       v.

14  BALJIT SINGH,

15                 Defendant.

16

17

18       On January 16, 2013, Baljit Singh, Defendant herein, entered a guilty plea to Count One of the

19  Indictment, which charges him with Conspiracy to Commit Mail and Wire Fraud, in violation of 18

20  U.S.C. § 1349. As part of his Plea Agreement with the United States, Defendant agreed to make full

21  and complete disclosure of his assets and financial condition, and to complete the United States

22  Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing

23  Disclosure" within five (5) weeks from the entry of Defendant's change of plea. Defendant also agreed

24  to have the Court enter an order to that effect. Accordingly, the United States hereby applies for an

25  order requiring Defendant to complete the above-referenced forms and provide to the United States

26  Attorney's Office by March 13, 2013.

27   ///

28   ///

Application/Order RE Financial Disclosures             1

Dated:  February 6, 2013                                  BENJAMIN B. WAGNER
                                                          United States Attorney

                                                           /s/ Grant B. Rabenn
                                                          Assistant United States Attorney

## ORDER

The defendant, Baljit Singh, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information" and to provide those forms the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than March 13, 2013.

IT IS SO ORDERED.

Dated:   **February 7, 2013**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE