BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

Attorneys for the
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>BALJIT SINGH,<br><br>                    Defendant.<br><br>_____ | Case No. 1:12-CR-00169-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Baljit Singh it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    Pursuant to 18 U.S.C. § 981(a)(1)(C)and 28 U.S.C. § 2461, defendant Baljit Singh's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        1.    A personal forfeiture money judgment in an
              amount to be determined by the Court.

        2.    $23,462.20 in U.S. Currency seized from Bank
              of America Account # 12699-69713, held in
              the name of Baljit Singh dba Consumer
              Financial Services;

        3.    $3,481.00 in U.S. Currency seized from Bank
              of America Account #12697-18687, held in the

1    name of Sharanjit Kaur dba Consumer Credit
2    Repair; and

3       2.    The  above-listed  assets  represent  any  property  real  or
4    personal, that constitutes, or is derived from or is traceable to the
5    proceeds obtained directly or indirectly as a result of  the commission
6    of a violation of 18 U.S.C. § 1349.

7       3.    Pursuant to Rule 32.2(b), the Attorney General (or a
8    designee) shall be authorized to seize the above-listed property. The
9    aforementioned property shall be seized and held by the United States
10   Marshals Service, in its secure custody and control.

11      4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21
12   U.S.C. § 853(n), and Local Rule 171, the United States shall publish
13   notice of the order of forfeiture.  Notice of this Order and notice
14   of the Attorney General's (or a designee's) intent to dispose of the
15   property in such manner as the Attorney General may direct shall be
16   posted for at least 30 consecutive days on the official internet
17   government forfeiture site www.forfeiture.gov.  The United States may
18   also, to the extent practicable, provide direct written notice to any
19   person known to have an alleged interest in the property that is the
20   subject of the order of forfeiture as a substitute for published
21   notice as to those persons so notified.

22      b.    This notice shall state that any person, other than the
23   defendant, asserting a legal interest in the above-listed property, must
24   file a petition with the Court within sixty (60) days from the first day
25   of publication of the Notice of Forfeiture posted on the official
26   government forfeiture site, or within thirty (30) days from receipt of
27   direct written notice, whichever is earlier.

28      5.    If a petition is timely filed, upon adjudication of all third-

Preliminary Order of Forfeiture

party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C)and 28 U.S.C. § 2461.

 IT IS SO ORDERED.

**Dated:**    **April 5, 2013**              **/s/  Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE